UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NATHANIEL JOSEPH                                             CIVIL ACTION

VERSUS

KATHRYN E. JONES, ET AL.                            NO. 24-00208-BAJ-RLB

RULING AND ORDER

On March 15, 2024, Plaintiff filed his Complaint, bringing claims under 42 U.S.C. § 1983 against Defendants Kathryn E. Jones, a district judge in the 20th Judicial District Court of Louisiana, Nicholas Roszczvnialsk, an assistant district attorney for East Feliciana Parish, and Ron Sanford, a deputy sheriff for East Baton Rouge Parish, for their respective actions concerning an order issued by Judge Jones on August 10, 2023, that ordered Plaintiff to pay certain sums in child support. (Doc. 1).

Pursuant to the screening provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 8, the "Report")**, recommending that Plaintiff's claims be dismissed with prejudice for failure to state a claim. The Report specifically notes that Judge Jones possesses absolute judicial immunity from suits against her in her individual capacity relating to her service on the bench, that Plaintiff does not have standing to challenge Roszczvnialsk's decision to not investigate Plaintiff's claims, and that the *Rooker-Feldman* doctrine bars the Court from taking up the issue of whether Plaintiff was actually served with notice of the child support hearing held on August 8, 2023. (*Id.*

at pp. 3-5). The Report further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist. (*Id.* at p. 6). Plaintiff objects to the Report. (Doc. 9).

Upon de novo review, and having carefully considered Plaintiff's Complaint, the Report, the Objection, and all other related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

Judgement shall be entered separately.

Baton Rouge, Louisiana, this 28th day of August, 2024

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**